United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                                                                           Case No. 2:26-mj-67

Tyler Nike Thomas

COURTROOM MINUTES
Initial Appearance

| U.S. Magistrate Judge Kimberly A. Jolson | | Date: February 10, 2026 @ 1:30 pm | |
|---|---|---|---|
| **Deputy Clerk** | Jessica Rector | **Counsel for Govt:** | Heather Hill/Emily Czerniejewski |
| **Court Reporter** | CourtSmart | **Counsel for Deft(s):** | Sam Shamansky |
| **Interpreter** |  | **Pretrial/Probation:** | Tiara Turner |
| **Log In** | 1:38 pm | **Log Out** | 1:43 pm |

Defendant advised of rights, charges, and penalties.

Defendant requested, qualified for & will be appointed counsel.

Defendant waives Detention & Preliminary Hearings.

Government reminded of their obligation under the Due Process Protections Act.

Defendant remanded to USMS.