UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                  Case No. 2:26−mj−00067−KAJ

**Tyler Nike Thomas,**

        Defendant.

## DUE PROCESS PROTECTIONS ACT ORDER

      Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

      **IT IS HEREBY ORDERED.**

February 10, 2026
  (Date)

/s/ Kimberly A. Jolson
Kimberly A. Jolson
United States Magistrate Judge